# IN THE SUPREME COURT OF THE STATE OF NEVADA

JACQUELINE G.,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE; AND THE HONORABLE
EGAN K. WALKER, DISTRICT JUDGE,
Respondents,
and
WASHOE COUNTY DEPARTMENT OF
SOCIAL SERVICES,
Real Party in Interest.

No. 71553

FILED

NOV 18 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This is an original petition for a writ of mandamus challenging a district court order affirming a master's recommendation to retain petitioner's child in protective custody under NRS Chapter 432B.

Having considered the petition, we conclude that petitioner has not demonstrated that our intervention by extraordinary writ relief is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (stating that petitioner bears the burden of demonstrating that extraordinary relief is warranted). Petitioner has not shown that the district court's order that the child remain in protective custody constituted an arbitrary or capricious exercise of discretion. *See* NRS 432B.480; *see also* NRS 34.160; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008). Accordingly, we decline to intervene in this matter and we deny the petition. *See* NRAP 21(b)(1); *Smith v. Eighth Judicial Dist. Court*, 107

16-36115

Nev. 674, 677, 818 P.2d 849, 851 (1991) (stating that a petition for extraordinary writ relief is purely discretionary with this court).

It is so ORDERED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc:    Hon. Egan K. Walker, District Judge
       Washoe County Public Defender
       Washoe County District Attorney
       Washoe District Court Clerk